# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V. STEVEN BOOTH,<br><br>        Plaintiff,<br><br>   v.<br><br>SCOTT CARVELL, et al.,<br><br>        Defendants. | 1:08-cv-01912 OWW TAG<br><br>ORDER OF RECUSAL;<br>ORDER DIRECTING REASSIGNMENT |

    On the basis of good cause, the undersigned Magistrate Judge recuses herself from this action and directs the Clerk of Court to reassign another Magistrate Judge to this action and make appropriate adjustments, if any, in the assignments of cases to compensate for such reassignment.

IT IS SO ORDERED.

Dated:  **February 15, 2009**                              /s/ Theresa A. Goldner
                                                                      UNITED STATES MAGISTRATE JUDGE