IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V. STEVEN BOOTH, | CASE NO. CV-F-08-1912 LJO GSA |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| SCOTT CARVELL, AL ROGERS, | |
| Defendants. | |

On July 10, 2009, this Court issued an order requiring plaintiff to file an exhibit to the complaint no later than July 20, 2009. To date, plaintiff has not complied with this Court's Order.

Accordingly, plaintiff shall show cause in writing no later than August 4, 2009 why this action should not be dismissed for failure to comply with this Court's Order. Plaintiff shall explain, at a minimum, why plaintiff did not timely respond to the prior Court order. Local Rule 11-110. Failure to comply with this Order to Show Cause will result in a dismissal of this action.

IT IS SO ORDERED.

**Dated:   July 21, 2009**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1