IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V. STEVEN BOOTH, | CASE NO. CV-F-08-1912 LJO GSA |
| Plaintiff, | **ORDER DENYING STAY; AND ORDER REQUIRING OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| SCOTT CARVELL, AL ROGERS, | |
| Defendants. / | |

Plaintiff filed a Motion to Stay the action pending resolution of a criminal action purportedly arising from the same incident involving the above entitled case. Defendants filed a response to the Motion to Stay on August 20, 2009. After review of the motion and the opposition, the Court DENIES the stay of this action. The Court finds plaintiff has failed to carry his burden and there is no cause to stay the pending action.

The Court ORDERS plaintiff to file a response to the defendants' Motion to Dismiss (Doc. 16 and 17) no later than September 10, 2009. Any reply shall be filed by September 18, 2009. The Court will consider the motion on the record without oral argument. **This Court ADMONISHES Mr. Booth that this Court will dismiss this action against defendants if he fails to comply with this order and fails to file timely papers as required by this Order.**

IT IS SO ORDERED.

**Dated:   August 21, 2009**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

1