IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V. STEVEN BOOTH, | CASE NO. CV-F-08-1912 LJO GSA |
| Plaintiff, | **ORDER ON PLAINTIFF'S REQUEST FOR A CONTINUANCE** |
| v. | |
| SCOTT CARVELL, AL ROGERS, | |
| Defendants. | |

The Court has received and reviewed plaintiff's request for a continuance of the November 30, 2009, hearing on defendants' motion to dismiss. Plaintiff moves for a continuance based upon the date he "received" the motion and upon the pending holidays. From the Court's review of the docket, the motion was timely served upon plaintiff and no irregularities are present in the service. On November 19, 2009, the Court vacated the November 30 hearing because plaintiff failed to timely respond to the motion. The hearing will remain vacated; however, the Court GRANTS plaintiff the opportunity to file a limited opposition. The Court DENIES plaintiff's request to file "an extensive responsive pleading." Plaintiff's opposition is limited to 15 pages and should focus upon the arguments in the motion at pages 8-15. Plaintiff shall file his opposition no later than December 4, 2009. No further extensions will be granted. Should the Court require a reply brief, one will be requested from defendants.

IT IS SO ORDERED.

**Dated:   November 23, 2009**          /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE

1