OFFICE OF KERN COUNTY COUNSEL
COUNTY OF KERN, STATE OF CALIFORNIA
By Andrew C. Thomson, Deputy (Bar # 149057)
Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
Telephone: (661) 868-3800

Attorney for Defendants,
Scott Carvel and Al Rogers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V. STEVEN BOOTH,<br><br>        Plaintiff,<br><br>  v.<br><br>SCOTT CARVELL, AL ROGERS, and UNKNOWN 'DOES' 1-15,<br><br>        Defendants. | CASE NO: 1:08-CV-01912 LJO GSA<br><br>STIPULATION OF DISMISSAL AND ORDER THEREON |

IT IS HEREBY STIPULATED, by and between Plaintiff V. Steven Booth, in pro per and Defendants, Scott Carvell and Al Rogers as represented by Andrew C. Thomson, Deputy County Counsel, that the above-captioned action be, and hereby is, dismissed with prejudice, as to Defendants, Scott Carvel and Al Rogers pursuant to Federal Rules of Civil Procedure 41(a)(1) and (2). Each party is to bear its own costs and fees.

Dated: September   30  , 2010

                                      /s/ V. Steven Booth
                                      V. Steven Booth, In Pro Per

Dated: October   11  , 2010        OFFICE OF KERN COUNTY COUNSEL

                                By   /s/Andrew C. Thomson
                                    Andrew C. Thomson, Deputy
                                    Attorneys for Defendants,
                                    Scott Carvel and Al Rogers

#08cv1912.dismissal.glg.wpd

Booth v. Carvel, Rogers - Stipulation of Dismissal and Order Thereon

**ORDER**

Based on the parties' stipulation, this Court:

1. DISMISSES with prejudice this entire action;

2. VACATES all pending dates and matters, including the June 21, 2011 settlement conference, August 1, 2011 pretrial conference, and September 12, 2011 trial; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   October 12, 2010**              /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE